**UNITED STATES COURT OF INTERNATIONAL TRADE**

```
_____ x
                                            :
GAMECHANGE SOLAR CORP.,                     :
                                            :        SUMMONS
                      Plaintiff,            :
          v.                                :        Court No. 24-00174
                                            :
UNITED STATES,                              :
                                            :
                      Defendant.            :
_____ x
```

To:    The Attorney General of the United States
       and the United States Department of Commerce:

　　　　PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

/s/　　Mario Toscano
Acting Clerk of the Court

_____

1.　　<u>Name and standing of plaintiff:</u>

　　　　Plaintiff GameChange Solar Corp. ("GameChange") is a U.S. importer. On August 13, 2024, the U.S. Department of Commerce ("Department") issued a final scope ruling finding that off-grid solar charging modules with part numbers GC4291F, GC4291FE, GC3291F, and GC3291FE imported by GameChange are within the scope of the antidumping and countervailing duty ("AD/CVD") orders on crystalline silicon photovoltaic cells, whether or not assembled into modules (solar cells) from the People's Republic of China ("PRC").

　　　　GameChange participated as a party in the above-referenced scope proceeding and is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. §1677(9)(A). GameChange accordingly has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. §2631(c).

2.　　<u>Brief description of the contested determination:</u>

　　　　GameChange contests the Department's determination in *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China: Final Scope Ruling on GameChange Solar Corp.'s Off-grid Solar Charging Module,* dated August 13, 2024, finding that off-grid solar charging modules imported by GameChange are within the scope of the AD/CVD orders on solar cells from the PRC.

3.     <u>Effective date of the determination:</u>

August 13, 2024, is the effective date when the Department issued its final scope ruling finding that off-grid solar charging modules imported by GameChange are subject to the AD/CVD orders on solar cells from the PRC.

4.     <u>Date of publication in the Federal Register:</u>

Not applicable. This Department's final scope ruling finding that off-grid solar charging modules imported by GameChange are subject to the AD/CVD orders on solar cells from the PRC was not published in the Federal Register.

Respectfully submitted,

*/s/ Jordan C. Kahn*
Jordan C. Kahn
Ned H. Marshak
Andrew T. Schutz

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005
(202) 783-6881

Dated:  September 12, 2024

8395747-1

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons.  For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Jeanne E. Davidson, Esq.
Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, D C 20530

John D. McInerney, Esq.
Office of the Chief Counsel for
Import Administration
**U.S. Department of Commerce**
14th Street & Pennsylvania Ave., NW
Washington, D.C. 20230