## UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| **GAMECHANGE SOLAR CORP.,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. |

**Before: Timothy C. Stanceu, Judge**

**Court No. 24-00174**

## JUDGMENT

Upon consideration of plaintiff's 56.2 Motion for Judgment on the Agency Record (June 11, 2025), ECF Nos. 19 (conf.), 20 (public), and all other filings and proceedings had herein, in conformity with the Opinion issued this day, and upon due deliberation, it is hereby

**ORDERED** that plaintiff's Motion for Judgment on the Agency Record be, and hereby is, denied; and it is further

**ORDERED** that judgment be, and hereby is, entered in favor of defendant pursuant to USCIT Rule 56.2(b).

/s/ Timothy C. Stanceu
Timothy C. Stanceu, Judge

Dated: October 13, 2026
New York, New York